James B. Ball (#007339)
James E. Shively (#011712)
Poli & Ball, P.L.C.
2999 N. 44th Street, Suite 500
Phoenix, Arizona 85018
(602) 840-1400

Attorneys for USAA Federal Savings Bank

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | No. 2:10-bk-41554 SSC |
| Robert B. Johnson, | Chapter 13 |
| | **OBJECTION TO CHAPTER 13 PLAN** |
| Debtor. | |

        USAA Federal Savings Bank ("USAA"), a party in interest, hereby objects to the Chapter 13 Plan filed January 17, 2011, for the reasons set forth in this memorandum.

## 1.    <u>FACTUAL BACKGROUND</u>

        USAA is a secured creditor of debtors ("debtor" means Robert Johnson whether single or plural) on the following described real property commonly known as: 5432 E. Juniper, Scottsdale, Arizona 85254:

> **LOT 78, OF GREENWAY PARK 6 UNIT 2, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY.**

("the collateral"). USAA the debt are evidenced by a HOME EQUITY LINE OF CREDIT AGREEMENT executed by debtors on October 22, 2007, and a DEED OF TRUST recorded on November 5, 2007, as Instrument No. 2007-1190954 records of

POLI & BALL, P.L.C.
2999 N. 44TH STREET, SUITE 500
PHOENIX, ARIZONA 85018
(602) 840-1400

Maricopa County, copies of those documents are attached hereto as Exhibits "A" and "B" and incorporated herein by reference.

Debtor's Chapter 13 Plan proposes to treat the debt owed to USAA as wholly unsecured and subject to discharge in the present case. The Chapter 13 Plan fails to address the treatment upon conversion or dismissal. USAA objects to the treatment.

**2.**    **<u>CONCLUSION</u>**

For the reasons USAA should not be required to release its lien until plan completion and discharge and that in the event that the case is converted or dismissed that USAA retains its lien, USAA requests that this Court deny confirmation of debtor's Chapter 13 Plan.

DATED this 31st day of January, 2011.

Poli & Ball, P.L.C.


By__/s/  James E. Shively_____
    James B. Ball
    James E. Shively
    2999 N. 44th Street, Suite 500
    Phoenix, Arizona  85018
    Attorneys for USAA Federal Savings Bank

POLI & BALL, P.L.C.
2999 N. 44TH STREET, SUITE 500
PHOENIX, ARIZONA  85018
(602) 840-1400

COPIES of the foregoing mailed
this 29th day of January, 2011, to:

Robert B. Johnson
5432 E. Juniper Ave
Scottsdale, AZ 85254
Debtor

Guy P. Roll
The Roll Law Office, PLLC
2151 E. Broadway Rd. Ste. 216
Tempe, AZ  85282
Attorney for debtor

Russell A. Brown
3838 N. Central Ave
Phoenix, AZ 85012
Trustee

/s/  Karma Holmes
f:\apps\hotdocs\templates\arizona\chapter 13 plan objections (1017).rtf

POLI & BALL, P.L.C.
2999 N. 44TH STREET, SUITE 500
PHOENIX, ARIZONA  85018
(602) 840-1400